UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) CASE NO. MJ 19-406
)
    Plaintiff, )
)
v. ) DETENTION ORDER
)
ERIC SANFORD, )
)
    Defendant. )
_____ )

<u>Offense Charged in Complaint</u>: Felon in Possession of Firearm

<u>Date of Detention Hearing</u>:   September 3, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds, by clear and convincing evidence, that no condition or combination of conditions which defendant can meet would reasonably assure the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Complaint alleges that law enforcement officers stopped a vehicle which defendant was driving at high speed and of which he was the sole occupant. On the

DETENTION ORDER
PAGE -1

front passenger seat, in open view, was a Smith and Wesson handgun which contained a magazine and a bullet in the chamber.

(2) Defendant's record includes a 2007 felony conviction in state court for delivery of cocaine, and a 2009 conviction in this court for Felon in Possession of a Firearm.

(3) The 2009 presentence report in this court identified defendant as a street level leader of the Deuce & Black Gangster Disciples.

(4) While on supervised released on his conviction in this court, he had a series of violations of conditions. Most related to abuse of drugs and alcohol, but one related to a new offense of assault and resisting arrest. This court revoked his supervised release on three occasions and imposed additional imprisonment.

(5) Given defendant's earlier conviction for felon in possession, there is no reason to believe he would, if released in this case, comply with a condition prohibiting him from possession of firearms.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED this 3rd day of September, 2019.

s/ John L. Weinberg
United States Magistrate Judge